

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

OCT - 8 2025

FILED/REC'D
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

           v.

ALFREDO JUAREZ-PEREZ,
a.k.a. OCTAVIO ZAMBRANO,

                 Defendant.

INDICTMENT

Case No. 25 CR 103 WMC

8 U.S.C. § 1326

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 25, 2025, in the Western District of Wisconsin, the

defendant,

ALFREDO JUAREZ-PEREZ,
a.k.a. OCTAVIO ZAMBRANO,

an alien, was found in the United States after having been deported and removed, and

not having obtained the express consent of the United States Attorney General or the

Secretary of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326).

A TRUE BILL

PRESIDING JUROR

Indictment returned: _10-08-2025_

CHADWICK M. ELGERSMA
Acting United States Attorney